UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Noel L. Hillman

             v.             :    Crim. No. 09-254 (NLH)

STEWART HILL               :    CONTINUANCE ORDER

          This matter having come before the Court on the joint

application of defendant Stewart Hill (by Dennis Cogan, Esq. and

Christopher Warren, Esq.) and Paul J. Fishman, United States

Attorney for the District of New Jersey (by Matthew T. Smith,

Assistant U.S. Attorney), for an order continuing the proceedings

in the above-captioned matter, and the defendant being aware that

he has a right to have the matter brought to trial within 70 days

of the date of his appearance before a judicial officer of this

court pursuant to Title 18 of the United States Code, Section

3161(c)(1), and the defendant having consented to an additional

continuance, and the Court having granted a continuance in this

matter through and including September 23, 2010 (the original

sentencing date), and the Defendant's sentencing being rescheduled

for October 14, 2010 (the new sentencing date), and for good and

sufficient cause shown,

          IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

          1.   On June 15, 2010, the defendant entered a plea of

guilty under Fed. R. Crim. P. 11(c)(1)(C) and the Court will

determine whether or not it accepts the terms of the plea

agreement after the completion of a Presentence Investigation
Report;

     2.   The Court having originally scheduled sentencing in
this matter for September 23, 2010 and having granted a
continuance in this matter through and including September 23,
2010;

     3.   The Court having rescheduled the Defendant's
sentencing for October 14, 2010;

     4.   The Defendant having consented to the
aforementioned continuance; and

     5.   Pursuant to Title 18 of the United States Code,
Section 3161(h)(7), the ends of justice served by granting the
continuance outweigh the best interests of the public and the
defendant in a speedy trial.

     WHEREFORE, on this ____7th____ day of September, 2010,

     IT IS ORDERED that this action be and hereby is,
continued from September 24, 2010 until October 14, 2010;

     IT IS FURTHER ORDERED that the period from September 24,
2010, to and including, October 14, 2010 shall be excluded in
computing time under the Speedy Trial Act of 1974, pursuant to
Title 18, United States Code, Section 3161(h)(7)(A); and

IT IS FURTHER ORDERED that the calender for this matter
shall be revised as follows:

Sentencing:                    October 14, 2010

_____
HON. NOEL L. HILLMAN
United States District Judge

September 1, 2010
at Camden, New Jersey

Form and entry
consented to:

Matthew T. Smith
Assistant U.S. Attorney

Dennis Cogan, Esq.
Counsel for defendant Stewart Hill